UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MASON WOLLERSHEIM,

               Plaintiff,

vs.

MARA HENRY,

               Defendant.

Case No.: 2:24-cv-01005-GMN-MDC

**ORDER DISMISSING CASE**

On October 30, 2024, this Court ordered Plaintiff Mason Wollersheim to show cause as to why the Court should not dismiss this action for failure to satisfy the amount in controversy requirements set forth in 28 U.S.C. § 1332. (*See* Oct. 30, 2024, Minute Order, ECF No. 15). The Court warned Plaintiff that failure to comply with the Minute Order will result in this case being dismissed without prejudice. (*Id.*). Plaintiff had until November 20, 2024, to file a brief pursuant to the Minute Order and failed to do so. The Court is aware that the Minute Order was mailed to Plaintiff at the address listed on the docket, and it came back as "mail returned undeliverable." (*See* ECF No. 16). However, Plaintiff receives electronic filing notifications and thus the Minute Order was also electronically emailed to Plaintiff putting him on notice of it and his responsibility to file a brief. (*See id.* at 2).

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** without prejudice. The Clerk of Court is kindly requested to close the case.

**IT IS FURTHER ORDERED** that all pending motions are **DENIED** as **MOOT**.

Dated this __26__ day of November, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court